UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ANNETTE AND WILLIAM HEINES           **STIPULATION**

      Plaintiffs,

CV 13-5674

CITY OF NEW YORK, PO MCCARTHY,
PO MCCLOUD, PO BORISENKO

      Defendants.

----------------------------------------------------------X

and

      WHEREAS, plaintiff Annette Heines was last pro se in this action and voluntarily withdrew her case;

      WHEREAS, without further proceedings and without admitting any fault or liability;

      IT IS HEREBY STIPULATED by the undersigned that all claims that were asserted or could have been asserted on behalf of plaintiff William Heines in the above-entitled action are hereby

      DISMISSED AND DISCONTINUED WITH PREJUDICE and without costs to any party.

| Dated: New York, New York<br>June 29, 2015<br><br>*Gregory Antollino* (Digitally signed)<br>GREGORY ANTOLLINO, ESQ.<br>Attorney for Plaintiff<br>725 Seventh Avenue Suite 705<br>New York, New York 10010<br>(212) 334-7397 | Dated: New York, New York<br>**June 29, 2015**<br><br>*/s/ Tobias Zimmerman*<br>ZACHARY CARTER<br>By Tobias Zimmerman<br>Corporation Counsel of the City of New York<br>Attorney for Defendants<br>100 Church Street, Rm. 3-178<br>New York, New York 10007 |
|---|---|

SO ORDERED:
s/ MKB 6/30/2015

_____

MARGO K. BRODIE
United States District Judge